Mr. Bryant Ebron #286416
335 Belton Rd
Somers, CT 06071

HARTFORD CT 060
10 MAR 2025 PM 3

LEGAL MAIL

LEGAL MAIL

United States District Court
District of Connecticut
450 Main St Suite A012
Hartford, CT 06103

LEGAL MAIL

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

06103-302299