UNITED STATES DISTRICT COURT

DISTRICT OF BRIDGEPORT

BRYANT EBRON
PLAINTIFF,

V.

NED LEMONT (GOVERNOR)
DEFENDANT

DOCKET NO. 325 CV363 SRU

Scanned and Emailed
Osborn C.I.
# of pages 2
Date 12/15/25  Initials 2

Motion for Status and to Expedite Initial Review

Plaintiff respectfully requests a status update regarding the courts initial review of his complaint filed on March 19, 2025, pursuant to 28 U.S.C. § 1915A

It has now been approximately nine (9) months without an initial review order. Plaintiff is unsure whether additional information is required or whether the matter is still pending before the court.

Because the complaint involves ongoing constitutional issues and the delay prevents the case from moving forward, plaintiff also respectfully asks the court to expedite the initial review if possible.

The plaintiff submits this motion in good faith and thanks the court for its attention.

1 of 2

2 of 2

Respectfully Submitted,
Bryant Ebron #286416
Pro Se Plaintiff
Osborn C.I.
335 Bilton Rd
Somers, CT 06071

2 of 2