**United States District Court**
**District Of Connecticut**

**Brian Ebron,**
*Plaintiff*

                                           No. 3:25-CV-00363 (SRU)

*v.*

                                           April 2, 2026

**Ned Lamont,**
*Defendant*

**Notice of Appearance**

I am authorized to practice in this Court, and I appear as counsel for the Plaintiff Brian Ebron.

Respectfully submitted,

*/s/ Joseph Gaylin*
Joseph Gaylin (#ct32089)
ACLU of Connecticut
P.O. Box 230178
Hartford, CT 06123
(860) 471-8478
jgaylin@acluct.org