# Exhibit 6

Excerpt of Senate Bill No. 952 House Record

sg/ta/rp                                                         507
HOUSE OF REPRESENTATIVES                                June 2, 2023

machine will be locked. And the Clerk will take a tally. And the

Clerk will please announce the tally.

CLERK:

    Senate Bill 695 as amended by Senate "A":

    Total Number Voting                         148
    Necessary for Adoption                       75
    Those voting Yea                            148
    Those voting Nay                              0
    Those absent and not voting                   3

DEPUTY SPEAKER PAOLILLO (97TH):

    The bill passes in concurrence with the Senate. [gavel]
Will the Clerk please call Calendar No. 510?

CLERK:

    On Page 31, Calendar 510, Senate Bill No. 952, AN ACT
CONCERNING PAROLE ELIGIBILITY FOR AN INDIVIDUAL SERVING A
LENGTHY SENTENCE FOR A CRIME COMMITTED BEFORE THE INDIVIDUAL
REACHED THE AGE OF TWENTY-FIVE. Favorable Report of Judiciary.

DEPUTY SPEAKER PAOLILLO (97TH):

Representative Stafstrom, you have the floor, sir.

REPRESENTATIVE STAFSTROM (129TH):

Thank you, Mr. Speaker. I move for acceptance Joint Committee's Favorable Report and passage of the bill.

DEPUTY SPEAKER PAOLILLO (97TH):

Question before the Chamber is acceptance of the Joint Committee's Favorable Report and passage of the bill. Representative Stafstrom. You have the floor.

REPRESENTATIVE STAFSTROM (129TH):

Thank you, Mr. Speaker. Mr. Speaker, the Clerk has LCO 7495. I ask it'd be called and then be granted leave to summarize.

sg/ta/rp                                                          509
HOUSE OF REPRESENTATIVES                              June 2, 2023

DEPUTY SPEAKER PAOLILLO (97TH):

Will the Clerk please call LCO 7495, which has been designated Senate Amendment Schedule "A".

CLERK:

Senate Amendment Schedule "A" LCO 7495, offered by Senator Winfield, Representative Stafstrom.

DEPUTY SPEAKER PAOLILLO (97TH):

The Representative seeks leave of the Chamber to summarize the amendment. Is there objection to summarization? Is there objection? Hearing none. Representative Stafstrom, you may proceed.

REPRESENTATIVE STAFSTROM (129TH):

Thank you, Mr. Speaker. Mr. Speaker, this amendment reduces the age eligibility of the underlying bill from 25 to 21. I move adoption.

sg/ta/rp                                                             510
HOUSE OF REPRESENTATIVES                                    June 2, 2023

DEPUTY SPEAKER PAOLILLO (97TH):

The question before the Chamber is adoption of Senate Amendment Schedule "A". Will you remark on the amendment? Representative Fishbein of the 90th, you have the floor, sir.

REPRESENTATIVE FISHBEIN (90TH):

Well, thank you Mr. Speaker. I'll be brief. Mr. Speaker, I rise in support of the amendment that is presently before us as it does make the bill that started in a much different place a little bit better. So, I do rise in support of this amendment. Thank you.

DEPUTY SPEAKER PAOLILLO (97TH):

Will you remark further on the amendment before us? Will you remark further? If not, is there objection to a voice vote? Hearing none. I will try your minds. All those in favor please signify by saying aye.

MEMBERS:

Aye.

sg/ta/rp                                                             511
HOUSE OF REPRESENTATIVES                                     June 2, 2023

DEPUTY SPEAKER PAOLILLO (97TH):

All those opposed nay. The ayes have it and the amendment is adopted. [gavel] Representative Stafstrom.

REPRESENTATIVE STAFSTROM (129TH):

Thank you, Mr. Speaker. Mr. Speaker, the Clerk has another amendment, LCO No. 9632. I ask the Clerk, please call the amendment and I be granted leave to summarize.

DEPUTY SPEAKER PAOLILLO (97TH):

Will the Clerk please call LCO 9632 which will be designated House Amendment Schedule "A".

CLERK:

House Amendment Schedule "A" LCO No. 9632, offered by Representative Stafstrom, Senator Winfield, Representative Fishbein.

sg/ta/rp                                                                          512
HOUSE OF REPRESENTATIVES                                               June 2, 2023

DEPUTY SPEAKER PAOLILLO (97TH):

    The Representative seeks leave of the Chamber to summarize the amendment. Is there objection to summarization? Is there objection? Hearing none. Representative Stafstrom, you may proceed.

REPRESENTATIVE STAFSTROM (129TH):

    Thank you, Mr. Speaker. Mr. Speaker, this amendment is a strike all which will become the bill and makes changes to the underlying bill in order to allow someone who was under the age of 21 when they committed an offense to be eligible for parole.

    And I repeat eligible not to be granted, but to be eligible to apply for parole after they have served either 30 years if their sentence was 50 years or more, or a minimum of 12 years, if their sentence was less than 50 years, if they were sentenced for their crime before October 1st, 2005.

    Mr. Speaker, let me give an example of how this bill will work. And I'd like to do that by referencing the case of Isschar Howard, whose sister I think many folks have met in the hallways recently and has emailed us. Isschar was born in prison.

sg/ta/rp                                                          513
HOUSE OF REPRESENTATIVES                                 June 2, 2023

Let me repeat. Isschar Howard was born in prison. He then received the equivalent of a fourth grade education in our public schools. Went through 21 placements in 14 foster homes, group homes and residential placements. He fell in with the wrong crowd and at the age of 20 was sentenced to a sentence of life in prison without the possibility of release, plus an additional 17 years just for good measure for the death of two people he caused in a physical fight over drug turf.

Mr. Howard freely admits that at his trial he reacted with rage, anger, disrespect, and contempt towards a sentencing judge. He was, after all 19 years old at the time. As a result of his rage disrespect, he received this very lengthy sentence that Mr. Speaker, probably in today's age, a judge in our state, probably would not impose.

But after having been born in prison, Mr. Howard is now condemned to die in prison. This bill would say to Mr. Howard, who's now 44 years old, that seven years from now at the age of 51, if he continues to be remorseful for his crime, he continues to work towards his education and his betterment of his life.

He continues to show that he's not a threat to society and that he's a reformed person, which after all is the goal of our

correctional system, that he would have the opportunity to apply, not to get, but to apply, to go out on parole.

After he submitted that application, the victim's families would be notified and a year later, a full year later, a hearing would be held where the victim's family would testify, Mr. Howard could testify and the state's attorney could testify as to whether Mr. Howard should be granted parole.

If the state were to find that it is reasonably probable that Mr. Howard will live and remain at liberty without violating the law, that the benefit to both him and the benefit to society, not just to Mr. Howard, but the benefit to him and society would be substantially outweighed, a very high burden, would be substantially outweighed by him being placed on parole and living outside of the correctional facility, and that he has showed and demonstrated, not just shown, but actually demonstrated substantial rehabilitation, he could be granted parole.

Once on parole, if Mr. Howard so much has stole a loaf of bread, he would be returned to prison for the remainder of his life. This is not a bill that reduces sentences. This is not a bill that commutes crimes. This is a bill that provides someone,

sg/ta/rp                                                          515
HOUSE OF REPRESENTATIVES                              June 2, 2023

deserving someones, limited class of deserving someones where they can show by a high burden that they deserve the opportunity to live outside the system with restrictions, but not be confined to the four walls of prison cell after 30 plus years. Mr. Speaker, I move adoption of the amendment.

DEPUTY SPEAKER PAOLILLO (97TH):

The question before the Chamber is adoption of House Amendment Schedule "A". Will you remark on the amendment? Representative Fishbein of the 90th, you have the floor, sir.

REPRESENTATIVE FISHBEIN (90TH):

Thank you, Mr. Speaker. Mr. Speaker, I'm gonna reserve my remarks until after the amendment is adopted, but I do rise in support of the amendment and I ask that my colleagues support. Thank you.

DEPUTY SPEAKER PAOLILLO (97TH):

Will you remark further on the amendment before us? Will you remark further on the amendment? If not, is there an

sg/ta/rp                                                              516
HOUSE OF REPRESENTATIVES                                     June 2, 2023

objection to a voice vote? Hearing none. I will try your minds.

All those in favor, please signify by saying aye.

MEMBERS:

Aye.

DEPUTY SPEAKER PAOLILLO (97TH):

All those opposed nay. The ayes have it and the amendment
is adopted. [gavel] Representative Fishbein, you have the floor,
sir.

REPRESENTATIVE FISHBEIN (90TH):

Mr. Speaker. This bill is at a totally different place than
it was two months ago. You know, the underlying intent was and
is to try and help those kids that had been convicted of serious
crimes to give them an opportunity to show that they have been
rehabilitated. To try and reverse some of the harsh sentences
that sometimes are rendered in our courts.

The original bill dealt with the present. And I would offer
to you that presently the way we sentence people is stridently

different than it was decades ago. And it was just yesterday that this bill was something different. We had a talk about public policy and we had a talk about what we're looking to do with our justice system.

And the result is what we have before us, which addresses convictions pre 2005, which, you know, the reforms in this state really started in 2010. So, we are addressing those kids that we've seen, we heard about tonight and that's good public policy.

But walking into this Chamber yesterday, you know, we were this side of the aisle vehemently opposed to this bill because it raised the age and it was improper because it was traditional, not traditional, it was contemporary sentencing.

What we have before us here tonight is the fruit of bipartisan discussions about good public policy. So, you know, I will point out one of the aspects that the good Chairman didn't point out is the notice provision here. Heard a lot about notice.

You know, it seems like this whole session has been inundated with, you know, commutations and pardons and paroles

and all that stuff, right? The notice provision here for these parole hearings is a year for the victims. How someone could find that to be unacceptable, I don't know.

This is a good bill. I don't know what the board's gonna show in another five minutes or so, but I think it's good public policy. I intend to support and I graciously ask my colleagues to support. Thank you.

DEPUTY SPEAKER PAOLILLO (97TH):

Thank you, Representative. Will you remark further on the bill as amended? Will you remark further on the bill as amended? If not, will staff and guests please come to the well of the house? Will the members please take your seats? The machine will be opened. [chimes]

CLERK:

The House of Representatives is voting by roll. Members to the Chamber or to your portals. The House of Representatives is voting by roll. Members to the Chamber or to your portals.

sg/ta/rp                                                         519
HOUSE OF REPRESENTATIVES                              June 2, 2023

DEPUTY SPEAKER PAOLILLO (97TH):

Have all the members voted? Have all the members voted? Will the members please check the board to determine if your vote is properly cast? If all the members have voted, the machine will be locked. And the Clerk will take a tally. And the Clerk will please announce the tally.

CLERK:

Senate Bill 952 as amended by Senate "A":

Total Number Voting                      148
Necessary for Adoption                    75
Those voting Yea                         100
Those voting Nay                          48
Those absent and not voting                3

DEPUTY SPEAKER PAOLILLO (97TH):

The bill as amended passes. [gavel] Will the Clerk please call Calendar No. 609?