**United States District Court**
**District Of Connecticut**

**Brian Ebron,**
*Plaintiff*

No. 3:25-CV-00363 (SRU)

*v.*

April 2, 2026

**Ned Lamont,**
*Defendant*

### Motion to be Excused from Strict Compliance with Local Rule 7(f)(2)

In this Court, a motion for leave to amend must comply with two requirements set forth in Local Rule 7(f).  First, the motion must "include a statement of the movant that: (i) the movant has inquired of all non-moving parties and there is agreement or objection to the motion; or (ii) despite diligent effort, including making the inquiry in sufficient time to afford non-movant a reasonable opportunity to respond, the movant cannot ascertain the position(s) of the non-movant(s)."  D. Conn. Local R. 7(f)(1).

As an initial matter, Local Rule 7(f)(1) does not appear to be applicable here. Because the complaint has not yet been served, there are presently no other parties to this action.  *See Lynch v. Connecticut Dep't of Pub. Health*, No. 3:23-CV-314 (OAW), 2025 WL 969680, at *2 n. 3 (D. Conn. Mar. 31, 2025) ("The court finds that [an individual named in complaint] is a not a party to this matter because he has not been served . . . .").  For this reason, Mr. Ebron has not inquired with Defendant Lamont or putative Defendants Jennifer Zaccagnini, Rufaro Berry, Joy Chance, Michael Pohl, Nancy Turner, Deborah Smith-Palmieri, Sergio Rodriguez, Robert Cizauskas, Aileen Keays, and Alex Tsarkov about the instant motion for leave to amend.

But unlike Rule 7(f)(1), Mr. Ebron's motion for leave to amend does trigger Rule 7(f)(2). Under that rule, in cases where, as here, the movant is represented by counsel, a motion for leave to amend must "be accompanied by . . . a redlined version of the proposed amended pleading showing the changes proposed against the current pleading." D. Conn. Local R. 7(f)(2). Mr. Ebron requests to be excused from this requirement.

Mr. Ebron was and is imprisoned in Osborn Correctional Institution. He drafted the operative complaint himself. Now represented by the undersigned, Mr. Ebron wishes to supersede his handwritten complaint with one prepared with the assistance of counsel.

Even if the original complaint were to be transcribed, a redline showing the differences between it and the proposed amended complaint would contain so many editing notations as to not be helpful as a quick guide to the proposed changes. *See Metro. Life Ins. Co. v. Gray*, No. 13-cv-1956, 2014 WL 6460549, at *2 (D. Md. Nov. 13, 2014) (excusing compliance with an identical local rule where the complaint was handwritten and the redline included with a motion to amend "delete[d] all of the content of the original complaint and replace[d] [it] with the contents of the amended complaint").

Although the changes between the operative complaint and proposed amended complaint are extensive, they are primarily intended to accomplish two goals: name the appropriate defendants and clarify the nature of Mr. Ebron's legal challenge. The proposed amended complaint names the chairperson and full-time members of the Board of Pardons and Paroles instead of Governor Ned Lamont. And it removes Mr. Ebron's Eighth Amendment claim while fleshing out his equal protection challenge to Connecticut's youth-based parole eligibility statute.

In lieu of providing the Court with a redlined version of operative complaint, Mr. Ebron respectfully submits that the foregoing explanation of the changes in his proposed

amended complaint better effectuates the purpose of Local Rule 7(f)(2).  Thus, he requests that the Court excuse him from redlining his original complaint.  *See Johnson v. Pallito*, No. 12-cv-138, 2014 WL 896960, at *7 (D. Vt. Feb. 11, 2014) (excusing incarcerated plaintiff from complying with identical local rule where his original complaint was handwritten), *rejected in part on other grounds*, 2014 WL 896965 (D. Vt. Mar. 6, 2014).

Respectfully submitted,

   /s/ Joseph Gaylin   
Joseph Gaylin (#ct32089)
Dan Barrett (#ct29816)
Jaclyn Blickley (#ct31822)
ACLU Foundation of Connecticut
P.O. Box 230178
Hartford, CT 06123
(860) 471-8471
e-filings@acluct.org

3